1   Michele Ballard Miller (SBN 104198)
        mbm@millerlawgroup.com
2   Janine S. Simerly (SBN 102361)
        jss@millerlawgroup.com
3   Xuan-Thu Phan (SBN 228596)
        xtp@millerlawgroup.com
4   MILLER LAW GROUP
    A Professional Corporation
5   111 Sutter Street, Suite 700
    San Francisco, CA 94104
6   Tel. (415) 464-4300
    Fax (415) 464-4336
7
    Attorneys for Defendants INTERNATIONAL
8   EFFECTIVENESS, TARYK ROUCHDY and
    MARTHA MARTINEZ
9
    Daniel Purcell (SBN 191424)
10      dpurcell@kvn.com
    Audrey H. Walton-Hadlock (SBN 250574)
11      awaltonhadlock@kvn.com
    Alyse D. Berthenthal (SBN 253012)
12      abertenthal@kvn.com
    KEKER & VAN NEST, LLP
13  710 Sansome Street
    San Francisco, CA 94111
14  Tel. (415) 391-5400
    Fax (415) 397-7188
15
    Attorneys for Plaintiff
16  MARLON MONGER

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20

21  MARLON MONGER,                          Case No.: CV 08 4110 MHP

22          Plaintiff,                      **STIPULATION TO EXTEND DEFENDANTS'**
                                            **TIME TO FILE FIRST AMENDED ANSWER**
23  v.                                      **AND DEFENDANT MARTINEZ'S TIME TO**
                                            **FILE A RESPONSIVE PLEADING**
24

25  INTERNATIONAL EFFECTIVENESS
    CENTER; TARYK ROUCHDY; and MARTHA
26  MARTINEZ,
                                            Complaint filed:  August 28, 2008
27          Defendants.

28
                                    1
    **STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE FIRST AMENDED ANSWER AND DEFENDANT**
    **MARTINEZ'S TIME TO FILE A RESPONSIVE PLEADING**
    **Case No.: CV 08 4110 MHP**

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1      Pursuant to Rule 6-1 of the Northern District Local Rules, Defendants

2  INTERNATIONAL EFFECTIVENESS, TARYK ROUCHDY and MARTHA MARTINEZ (for

3  the purposes of this pleading referred to as "Defendants") and Plaintiff MARLON MONGER,

4  through their respective attorneys, hereby join in this stipulation to extend the following:  (1)

5  Defendants' time to file a First Amended Answer to Plaintiff's Complaint from December 19,

6  2008 to January 6, 2009 and (2) Defendant MARTINEZ's time to respond to Plaintiff's

7  Complaint from December 22, 2008 to January 6, 2009.

8

9      This responsive pleading deadline will allow the parties time to continue to

10  discuss settlement, and will not alter the date of any event or any deadline already fixed by

11  Court order.

12

13

14  Dated:  December 18, 2008                MILLER LAW GROUP
                                            Professional Corporation
15

16                                          By:_____/s/_____
                                                Michele Ballard Miller
17                                              Attorneys for Defendants
                                                INTERNATIONAL EFFECTIVENESS,
18                                              TARYK ROUCHDY and MARTHA
                                                MARTINEZ
19

20  Dated:  December 18, 2008                KEKER & VAN NEST, LLP

21

22                                          By:_____/s/_____
                                                Alyse D. Bertenthal
23                                              Attorneys for Plaintiff
                                                MARLON MONGER
24

25

26

27

28
                                            2
STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE FIRST AMENDED ANSWER AND DEFENDANT
MARTINEZ'S TIME TO FILE A RESPONSIVE PLEADING
Case No.: CV 08 4110 MHP

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA