KEKER & VAN NEST, LLP
DANIEL PURCELL - #191424
AUDREY H. WALTON-HADLOCK - #250574
ALYSE D. BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
dpurcell@kvn.com
awaltonhadlock@kvn.com
abertenthal@kvn.com

Attorneys for Plaintiff
MARLON MONGER

MILLER LAW GROUP
MICHELE BALLARD MILLER – #104198
JANINE S. SIMERLY - #102361
XUAN-THU PHAN - #228596
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone:  (415) 464-4300
Fax:  (415) 464-4336
mbm@millerlawgroup.com
jss@millerlawgroup.com
xtp@millerlawgroup.com

Attorneys for Defendants INTERNATIONAL
EFFECTIVENESS and TARYK ROUCHDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLON MONGER,<br><br>        Plaintiff,<br><br>  v.<br><br>INTERNATIONAL EFFECTIVENESS CENTER, TARYK ROUCHDY and MARTHA MARTINEZ,<br><br>        Defendants. | Case No. CV 08 4110 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

432998.02

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 08 4110 MHP

1  WHEREAS, by Order dated December 4, 2009, the Court notified counsel that the Case Management Conference had been set for Wednesday, January 7, 2009, at 3:00 p.m.;

WHEREAS counsel for Plaintiff has pre-existing plans on January 7, 2009 and requested counsel for Defendants to stipulate to continue the Case Management Conference by one week;

WHEREAS Plaintiff states that there is good cause for rescheduling of the Case Management Conference to an alternate date and Defendants have no objection thereto; and

WHEREAS, after contacting the court to obtain available alternate dates, counsel for the parties met and conferred and agreed to stipulate to rescheduling the Case Management Conference to Monday, January 12, 2009 at 4:00 p.m.;

It is HEREBY STIPULATED by Plaintiff and Defendants, through their respective counsel, that, subject to Court approval, the Case Management Conference, currently scheduled for Wednesday, January 7, 2009 at 3:00 p.m., be continued to Monday, January 12, 2009 at 4:00 p.m.

Dated:  December 17, 2008                               KEKER & VAN NEST, LLP


By:  /s/ Alyse Bertenthal
ALYSE BERTENTHAL
Attorneys for Plaintiff
MARLON MONGER

Dated:  December 17, 2008                               MILLER LAW GROUP


By:  /s/ Xuan-Thu Phan
XUAN-THU PHAN
Attorneys for Defendants
INTERNATIONAL EFFECTIVENESS
AND TARYK ROUCHDY

2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 08 4110 MHP

432998.02

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court HEREBY ORDERS that the Case Management Conference be continued from January 7, 2009 until January 12, 2009.  A Supplemental Joint Case Management Statement is due seven days prior to the conference.

IT IS SO ORDERED.

Dated:   12/22/2008



HON. Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE