KEKER & VAN NEST, LLP
DANIEL PURCELL - #191424
AUDREY H. WALTON-HADLOCK - #250574
ALYSE D. BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
dpurcell@kvn.com
awaltonhadlock@kvn.com
abertenthal@kvn.com

Attorneys for Plaintiff
MARLON MONGER

MILLER LAW GROUP
MICHELE BALLARD MILLER – #104198
JANINE S. SIMERLY - #102361
XUAN-THU PHAN - #228596
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone:  (415) 464-4300
Fax:  (415) 464-4336
mbm@millerlawgroup.com
jss@millerlawgroup.com
xtp@millerlawgroup.com

Attorneys for Defendants INTERNATIONAL
EFFECTIVENESS and TARYK ROUCHDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLON MONGER,<br><br>                              Plaintiff,<br><br>        v.<br><br>INTERNATIONAL EFFECTIVENESS CENTER, TARYK ROUCHDY and MARTHA MARTINEZ,<br><br>                              Defendants. | Case No. CV 08 4110 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1

1    WHEREAS, by Order dated December 22, 2008, the Court approved the parties'

2  stipulation continuing the Case Management Conference (previously scheduled for January 7,

3  2009) to January 12, 2009;

4    WHEREAS the parties have reached a settlement in principle that only needs to be

5  reduced to writing; and

6    WHEREAS Plaintiff states that this is good cause for rescheduling of the Case

7  Management Conference to an alternate date and Defendants have no objection thereto;

8    WHEREAS, after contacting the court to obtain available alternate dates, counsel for the

9  parties met and conferred and agreed to stipulate to rescheduling the Case Management

10  Conference to Monday, February 23, 2009 at 10:00 a.m.;

11    It is HEREBY STIPULATED by Plaintiff and Defendants, through their respective

12  counsel, that, subject to Court approval, the Case Management Conference, currently scheduled

13  for Monday, January 12, 2009 at 4:00 p.m., be continued to February 23, 2009 at ~~10:00 a.m.~~ 4:00 p.m.

14

15  Dated:  January 9, 2009                    KEKER & VAN NEST, LLP

16

17                                  By:  /s/ Audrey Walton-Hadlock
18                                       AUDREY WALTON-HADLOCK
                                         Attorneys for Plaintiff
19                                       MARLON MONGER

20  Dated:  January 9, 2009                    MILLER LAW GROUP

21

22

23                                  By:  /s/ Xuan-Thu Phan
                                         XUAN-THU PHAN
24                                       Attorneys for Defendants
                                         INTERNATIONAL EFFECTIVENESS
25                                       AND TARYK ROUCHDY

26

27

28

433853.01    STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
             CASE NO. CV 08 4110 MHP

1

**[PROPOSED] ORDER**

2

     Pursuant to stipulation, the Court HEREBY ORDERS that the Case Management

3

Conference be continued from January 12, 2009 until February 23, 2009. at 4:00 p.m. A Supplemental Joint

4

Case Management Statement is due seven days prior to the conference.

5

6

     IT IS SO ORDERED.

7

8

Dated:   1/9/2009



_____
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 08 4110 MHP